# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **Rachel Shaw, etc.,** | : | Case No. **3:13-cv-210** |
| Plaintiff, | : | Judge Thomas M. Rose |
| | | Magistrate Judge Michael J. Newman |
| -vs- | : | |
| **City of Dayton, et al.,** | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Now Comes Valerie L. Colbert and hereby provides Notice to the Defendants and the Court of her withdrawal as counsel in this matter for Plaintiff Rachel Shaw.

                Respectfully submitted,

                 */s/ Valerie L. Colbert*
                James R. Greene, III (0034267)
                Valerie L. Colbert (0074075)
                James R. Greene, III & Associates
                120 West Second St., Suite 900
                Dayton, Ohio 45402
                937-225-3991 (Phone)
                937-285-4719 (Fax)
                jrgatlaw@aol.com
                valerie.colbert@ymail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2014, a copy of the foregoing Notice of Withdrawal of Counsel was filed electronically and served via the Court's electronic notification system upon all parties of record.

    /s/ *Valerie L. Colbert*
    Valerie L. Colbert