UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RACHEL SHAW,

          **Plaintiff,**

-vs-                                Case No. 3:13-cv-210

                                       District Judge Thomas M. Rose
                                       Magistrate Judge Michael J. Newman

CITY OF DAYTON et al.,

          **Defendants.**

---

## ENTRY AND ORDER

---

On June 30, 2014, Counsel for the Defendant brought to the attention of the Court that Plaintiff is now without representation. Plaintiff's former Counsel, James R. Greene III, passed away May 28, 2014.

Plaintiff, Rachel Shaw, is proceeding in this matter individually and as the Administrator of the Estate of the Deceased, Kylen English. Pursuant to 28 U.S.C. § 1654, an individual may proceed on their own (*pro se*). However, "a *pro se* plaintiff may not represent an estate in litigation where there are estate beneficiaries other than the plaintiff." *Thompson v. THC, INC., et al.*, No. C-1-07-231, 2008 WL 4449426, at *1 (S.D. Ohio) (citing *Shepard v. Wellman*, 313 F.3d 963, 970 (6th Cir. 2003)).

Therefore, it is the order of the Court that Plaintiff acquire new Counsel and have he or she file their Notice of Appearance(s) no later than **August 1, 2014.** Failure to do so may result in a case dismissal.

**DONE** and **ORDERED** in Dayton, Ohio, this 1st day of July, 2014.

                                                            THOMAS M. ROSE, JUDGE
                                                            UNITED STATES DISTRICT COURT