# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**RACHEL SHAW, ADM'R OF**
**ESTATE OF KYLEN ENGLISH etc.,**

      **Plaintiff,**

**-vs-**                                                             **Case No. 3:13-CV-210**

**CITY OF DAYTON, OHIO et al.,**

      **Defendants.**

_____

# ORDER

This matter comes before the Court on its own initiative. The Court orders Plaintiff to have local Counsel file their Notice of Appearance by **September 8, 2014.** No further extensions shall be granted without just cause. Failure to comply may result in case dismissal.

**DONE** and **ORDERED** in Dayton, Ohio on this 19th day of August, 2014.

                                                  *s/ Thomas M. Rose*

                                                  _____
                                                  THOMAS M. ROSE, JUDGE
                                                  UNITED STATES DISTRICT COURT

cc: Rachel Shaw
     Nicholas J. Voglio